DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

STATE v. GREENE

No. 68 PC.

Case below: 34 N.C. App. 149.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 6 December 1977.

STATE v. MIMS

No. 78 PC.

Case below: 34 N.C. App. 326.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 December 1977. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 6 December 1977.

STATE v. NUNNERY

No. 51 PC.

Case below: 33 N.C. App. 756.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 6 December 1977.